Josephine Fusco, Respondent, v. Louis B. Harrison, Appellant.— Judgment and order affirmed, with costs. All concurred, except Merrell, J., who dissented.

James Morris, Sr., Respondent, v. The Delaware, Lackawanna and Western Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

James Morris, Jr., Respondent, v. The Delaware, Lackawanna and Western Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Henry Wiskin, Appellant, v. The Delaware, Lackawanna and Western Railroad Company, Respondent.— Judgment affirmed, with costs. All concurred.

Charles Braun, as Administrator, etc., Appellant, v. Buffalo General Electric Company, Respondent.— Motion for a reargument denied, with ten dollars costs.

In the Matter of the Application of John F. Mumford for the Removal of John Fields as Supervisor of the Town of Fairfield, Herkimer County, New York.— It appearing from the report of the referee that the respondent had resigned before the first hearing the proceeding is dismissed.

Rachel Stritzel, Respondent, v. Katherine Rosenbauer, as Administratrix, etc., Appellant.— Judgment affirmed, with costs. All concurred.

George N. Smith, Appellant, v. Rudolph Dotterweich, Respondent. — Judgment and order affirmed, with costs. All concurred, except Robson, J., who dissented.

Louis H. Chapman, Respondent, v. James C. Fargo, as President of the American Express Company, Appellant. — Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that upon the facts proven the verdict is excessive. All concurred.

Ellen Griffith, as Executrix, etc., Appellant, v. Charles G. Irish, as Executor, etc., Respondent.— Judgment affirmed, with costs. All concurred.

Jacob Lyons, Appellant, v. William J. Edmonds, Respondent.— It appearing that there are not four justices of this court qualified to sit in the determination of this appeal, the same is ordered transferred to the Appellate Division, Third Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure.

Loren J. Lamphere, as Committee, etc., Appellant, v. Glenn W. Woodin, as Ancillary Administrator, etc., Respondent, and Clara Quirk, Appellant.— Motion to dismiss appeals denied. Order modified by striking out the provision requiring the defendant Clara Quirk to give security for costs, and as so modified affirmed, without costs of this appeal to any party. All concurred.

Glenn W. Woodin, as Ancillary Administrator, etc., Respondent, v. Laura D. Fraser and Clara Quirk. Loren J. Lamphere, as Committee, etc., of Laura D. Fraser, an Incompetent, Appellant.— Motion to dismiss appeal denied. Order affirmed, with ten dollars costs and disbursements. All concurred.